1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TIMOTHY P. CRUDO (CSBN 143835)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234
       Timothy.Crudo@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )   Case No. CR 3-07-70022
15                                  )
          Plaintiff,                 )   [~~PROPOSED~~] SPEEDY TRIAL AND
16                                  )   SCHEDULING ORDER
       v.                           )
17                                  )
                                    )
18  CLARENCE BLAND, JR.,            )
                                    )
19        Defendant.                )
                                    )
20                                  )

21      On April 18, 2007, defendant Clarence Bland, Jr. made his initial appearance before
22  Magistrate Judge Edward M. Chen on the Criminal Complaint filed in this matter. All parties
23  were represented by counsel. The parties shall appear for a preliminary hearing or arraignment
24  on May 9, 2007 at 9:30 a.m. before Magistrate Judge Elizabeth D. Laporte. The defendant has
25  waived time under Federal Rule of Criminal Procedure 5.1 to and including May 9, 2007.
26      The Court further finds that the ends of justice will be served by granting an exclusion of
27  time from April 18, 2007 to and including May 9, 2007 to allow the defendant the reasonable
28  time necessary for effective preparation, taking into account the exercise of due diligence, and

[PROPOSED] ORDER
CASE NO. CR-3-07-7022

1 that such exclusion of time outweighs the best interests of the public and the defendant in a
2 speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The running of the speedy trial clock is
3 therefore tolled from April 18, 2007 to and including May 9, 2007 pursuant to 18 U.S.C. §
4 3161(h)(8)(B)(iv).

5    IT IS SO ORDERED.

8 DATED: __4/24__, 2007



Honorable Edward M. Chen
United States Magistrate Judge