

## PROPOSED ORDER/COVER SHEET

TO:   Honorable Edward M. Chen          RE:   BLAND, CLARENCE
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief       DOCKET NO.:   3-07-70022
      U.S. Pretrial Services Officer

DATE: May 7, 2007

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

TAIFA M. GASKINS                        510-637-3750
U.S. Pretrial Services Officer          TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall participate in mental health counseling as directed by Pretrial Services.

B.

☐ Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____        5/8/07
JUDICIAL OFFICER                                DATE

Cover Sheet (12/03/02)